IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GINNY YOUNG-HASHA<br>　　Plaintiff<br><br>VS.<br><br>INFUSED INDUSTRIES, LLC<br>d/b/a BISON INFUSED<br>　　Defendant | )<br>)<br>)<br>) Case No. 6:23-cv-3346<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

THE PARTIES, by counsel, hereby stipulate that this matter may be dismissed with prejudice, parties to bear their own costs.

| | |
|---|---|
| LAMPERT LAW OFFICE, LLC<br><br>By:/s/ Raymond Lampert<br>Raymond Lampert, #57567<br>2847 S. Ingram Mill Rd., Ste A-100<br>Springfield, MO 65804<br>Phone: (417) 886-3330<br>Fax: (417) 886-8186<br>ray@lampertlaw.net<br>*Attorney for Plaintiff* | SEXTON, BENDER, HILL & STEINMAN, P.C.<br><br>By　*/s/ Robert J. Megraw*<br>Robert J. Megraw, #61049<br>100 Woodlands II Building<br>2900 Brooktree Lane<br>Gladstone, Missouri 64119<br>816.455.2700 Telephone<br>816.455.2775 Telecopier<br>rmegraw@sextonbender.com<br>ATTORNEYS FOR DEFENDANT |