IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| GINNY YOUNG-HASHA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-03346-CV-S-JAM |
| | ) | |
| INFUSED INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the Joint Stipulation of Dismissal With Prejudice (Doc. 12), filed and signed by both Plaintiff's counsel and counsel for Defendant, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE